FILED
01 MAR 14 PM 3: 16
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | | |
|---|---|---|
| LOUIS TOWNSEND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CV 00-G-2596-W |
| | ) | |
| TAYLOR HARDIN SECURE | ) | |
| MEDICAL FACILITY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

ENTERED
MAR 14 2001

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on March 1, 2001, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b)(1) for failing to state a claim upon which relief can be granted. On March 7, 2001, plaintiff submitted a letter (Document #4) which the Court will consider as objections to the report and recommendation.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is

ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b).

A Final Judgment will be entered.

DATED this 14th day of March, 2001.

J. FOY GUIN, JR.
UNITED STATES DISTRICT JUDGE

2